**DISMISSED; Opinion Filed October 22, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00267-CV

### FIELDTURF USA, INC., Appellant

### V.

### GARLAND INDEPENDENT SCHOOL DISTRICT, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-01185**

## MEMORANDUM OPINION
Before Justices Lang, Evans, and Whitehill
Opinion by Justice Lang

This is an interlocutory appeal from an order denying an application for temporary injunction seeking to enjoin the performance of a contract to replace athletic field turf at certain locations within a school district. Stating the appeal has become moot because the work appellant sought enjoined has been completed, appellee has filed an unopposed motion to dismiss. We grant the motion, vacate the trial court's order without regard to the merits, and dismiss the case. *See Speer v. Presbyterian Children's Home & Serv. Agency*, 847 S.W.2d 227,

228-229 (Tex. 1993); *see also* TEX. R. APP. P. 43.2(e).

/Douglas S. Lang/
DOUGLAS S. LANG
JUSTICE

150267F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

FIELDTURF USA, INC., Appellant

No. 05-15-00267-CV      V.

GARLAND INDEPENDENT SCHOOL
DISTRICT, Appellee

On Appeal from the 68th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-15-01185.
Opinion delivered by Justice Lang. Justices
Evans and Whitehill participating.

In accordance with this Court's opinion of this date, we **VACATE** the trial court's order on application for temporary injunction and **DISMISS** the case.

We **ORDER** appellee Garland Independent School District recover its costs of this appeal from appellant FieldTurf USA, INC.

Judgment entered this 22nd day of October, 2015.